# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

ALKERMES PHARMA IRELAND LIMITED,

                Petitioner,                           23 **CIVIL** 5542 (PGG)

       -against-                                    **JUDGMENT**

JANSSEN PHARMACEUTICA N.V.,

                Respondent.

-------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 18, 2023, the petition to confirm the arbitration award (Dkt. No. 1) is granted. Judgment is entered confirming the Final Award (Dkt. No. 5-1); accordingly, the case is closed.

**Dated**: New York, New York
       August 18, 2023

                                      **RUBY J. KRAJICK**

                                      _____

                                         **Clerk of Court**

      **BY:**             K. Mango

                                         _____

                                         **Deputy Clerk**